IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY HARDGRAVES,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>JAMES HARTLY, et al.,<br><br>　　　　Respondents.<br>_____/ | 1:07-cv-01833-SMS (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS<br><br>(DOCUMENT #17)<br><br>THIRTY DAY DEADLINE |

　　　　Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On April 2, 2008, petitioner filed a motion to extend time to file a response to Respondent's motion to dismiss.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Petitioner is granted thirty days from the date of service of his order in which to file a response to the motion to dismiss.

IT IS SO ORDERED.

**Dated:   April 8, 2008**　　　　　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE