# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY HARDGRAVES, | 1:07-cv-01833 SMS HC |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION |
| v. | [Doc. 24] |
| JAMES HARTLY, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

On May 19, 2008, the undersigned granted Respondent's motion to dismiss the instant petition, and the petition was dismissed, with prejudice, as time-barred by 28 U.S.C. § 2244(d). (Court Doc. 22.)

Now pending before the Court is Petitioner's motion for reconsideration, filed on June 13, 2008. (Court Doc. 24.)

Federal Rule of Civil Procedure 60(b) governs the reconsideration of final orders of the district court. The Rule permits a district court to relieve a party from a final order or judgment on grounds of: "(1) mistake, inadvertence, surprise, or excusable neglect; (3) fraud . . . of an adverse party, . . .; (4) the judgment if void; . . . or (6) any other reason justifying relief from the operation of the judgment." Fed. R. Civ. P. 60(b).

1

1 In his motion, Petitioner takes issue with the fact that he was not allowed to file a surreply to Respondent's reply to his opposition to the motion to dismiss.  Petitioner's contention is unfounded.  Respondent's motion to dismiss was deemed submitted pursuant to Local Rule 78-230(m) and this Court's order of January 4, 2008 (Court Document 9), on May 6, 2008. Petitioner does not have a right to file a surreply under the Local Rules or the Federal Rules of Civil Procedure. Therefore, Petitioner's motion for reconsideration on this basis must be denied.

Based on the foregoing, it is HEREBY ORDERED that Petitioner's motion for reconsideration is DENIED.

IT IS SO ORDERED.

**Dated:   June 26, 2008**              /s/ Sandra M. Snyder
                                                           UNITED STATES MAGISTRATE JUDGE